*In re Marriage of Forrest*, No. 91267-0. Petition for review of a decision of the Court of Appeals, No. 71018-4-I, November 17, 2014, 184 Wn. App. 1036. *Denied* June 3, 2015.

*Choi, Petitioner, v. Young, Respondent*, No. 91271-8. Petition for review of a decision of the Court of Appeals, No. 71166-1-I, December 29, 2014, 185 Wn. App. 1011. *Denied* June 3, 2015.

*McMilian, Petitioner, v. King County, Respondent*, No. 91274-2. Petition for review of a decision of the Court of Appeals, No. 70515-6-I, November 3, 2014, 184 Wn. App. 1022. *Denied* June 3, 2015.

*State, Respondent, v. Drayton, Petitioner*, No. 91277-7. Petition for review of a decision of the Court of Appeals, No. 70558-0-I, October 27, 2014, 184 Wn. App. 1017. *Denied* June 3, 2015.

*Club Level, Inc., et al., Petitioners, v. Wash. State Liquor Control Bd. et al., Respondents*, No. 91278-5. Petition for review of a decision of the Court of Appeals, No. 45270-7-II, December 30, 2014, 185 Wn. App. 1016. *Denied* June 3, 2015.

*State, Respondent, v. Hitt, Petitioner*, No. 91279-3. Petition for review of a decision of the Court of Appeals, No. 70291-2-I, December 22, 2014, 185 Wn. App. 1006. *Denied* June 3, 2015.

*State, Respondent, v. Perkins, Petitioner*, No. 91282-3. Petition for review of a decision of the Court of Appeals, No. 44533-6-II, December 30, 2014, 185 Wn. App. 1013. *Denied* June 3, 2015.

*In re Welfare of A.A. et al.*, No. 91289-1. Petition for review of a decision of the Court of Appeals, Nos. 32161-4-III, 36162-2-III, 32163-1-III, and 32164-9-III, December 9, 2014, 184 Wn. App. 1058. *Denied* June 3, 2015.